

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:            Christopher Bell v. The State of Texas

Appellate case number:          01-17-00561-CR

Trial court case number:         24696

Trial court:                    12th District Court of Walker County

    The panel has voted to deny appellant's motion for rehearing of the opinion and judgment, issued on July 3, 2018.

    It is ordered that the motion for rehearing is **denied**.

Judge's signature: /s/ Jane Bland
                        Acting for the Panel

Panel consists of:  Justices Keyes, Bland, and Massengale.

Date: August 30, 2018